E-FILED
Thursday, 25 January, 2018  03:49:28 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Joshua Hoskins

_____

Plaintiff

vs.

T. Wilson, K. Miller, J. Davis, mr. Kuchel
D. Schultz, A. Pina, E. Vilt, E. Ruskin
mr. Williamson, J. culkin, C. Hansen
S. Prentice, T.K. Jellesvik, mr. Evans
J. Olson, A. Hilden, m. melvin
G. Pierce, B. Henderson, T. Kennedy
mr. Forbes, D. Jackson, mr. Zimmeran
J. Vinson, J. Bell, P. thorson, ~~mr. m~~

_____

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(The case number will be assigned by the clerk)*

SCANNED at PCC and E-mailed
(date) by _AP_ (initials)
_01.25.18_
_43_ (# of pages)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A.  Plaintiff:

Full Name: _Joshua Hoskins_

Prison Identification Number: _R54570_

Current address: _Pontiac Correctional Center_
_P.O. box 99  Pontiac Il 61764_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B.  Defendants

Defendant #1:

Full Name: _T. Wilson_

Current Job Title: _Correctional Officer (C/O)_

Current Work Address _Pontiac Correctional center_
_P.O. box 99  Pontiac Il 61764_

Defendant #2:

Full Name: _D. Schultz_

Current Job Title: _Correctional Officer_

Current Work Address _Pontiac correctional center_
_P.O. box 99  Pontiac Il 61764_

Defendant #3:

Full Name: _Mr. Williamson_

Current Job Title: _Correctional Officer_

2

Current Work Address _Pontiac Correctional Center_
_P.O. box 99 Pontiac IL 61764_

Defendant #4:

Full Name: _SUSAN PRentice_

Current Job Title: _MAJOR_

Current Work Address _Pontiac Correctional Center_
_P.O. box 99 Pontiac IL 61764_

Defendant #5:

Full Name: _Jeremy Olson_

Current Job Title: _Correctional Internal affairs Officer_

Current Work Address _Pontiac Correctional center_
_P.O. box 99 Pontiac IL 61764_

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal _in forma pauperis_ in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑          No ☐

C. If your answer to B is yes, how many? _23_  Describe the lawsuit(s) below.

3

**Defendant #6**
full name: G. Pierce (G. Pierce)
Current Job Title: Correctional Intelligence officer
Current Work Address: Pontiac Correctional center P.O. box 99 Pontiac IL 61764

**Defendant #7**
full name: MR. Forbes (MR. Forbes)
Current Job Title: Lieutenant/Chief Investigator
Current Work Address: Pontiac Correctional Center P.O. box 99 Pontiac IL 61764

**Defendant #8**
full name: J. Vinson (J. Vinson)
Current Job Title: Correctional officer
Current Work Address: Pontiac Correctional center P.O. box 99 Pontiac IL 61764

**Defendant #9**
full name: K. miller (K. miller)
Current Job Title: Correctional officer
Current Work Address: Pontiac correctional center P.O. box 99 Pontiac IL 61764

**Defendant #10**
full name: A. Pina (A. Pina)
Current Job Title: Correctional officer
Current Work Address: Pontiac Correctional center P.O. box 99 Pontiac IL 61764

**Defendant #11**
full name: J. Drilling Culkin (J. Culkin)
Current Job Title: Registered nurse (RN)
Current Work Address: Pontiac Correctional center P.O. box 99 Pontiac IL 61764

**Defendant #12**
full name: T. K. Jellesvik (T. K. Jellesvik)
Current Job Title: Registered nurse (RN)
Current Work Address: Pontiac Correctional center P.O. box 99 Pontiac IL 61764

**Defendant #13**
full name: A. Hilden (A. Hilden)
Current Job Title: medical Director (M.D.)
Current Work Address: Pontiac Correctional Center P.O. box 99 Pontiac IL 61764

**Defendant #14**
full name: B. Henderson (B. Henderson)
Current Job Title: Lieutenant
Current Work Address: Pontiac Correctional center P.O. box 99 Pontiac IL 61764

**Defendant #15**
full name: D. Jackson (D. Jackson)
Current Job Title: Correctional officer
Current Work Address: Pontiac correctional center P.O. box 99 Pontiac IL 61764

**Defendant #16**
full name: J. Bell (J. Bell)
Current Job Title: Correctional officer
Current Work Address: Pontiac correctional center P.O. box 99 Pontiac IL 61764

**Defendant #17**
full name: J. Davis (J. Davis)
Current Job Title: Correctional officer
Current Work Address: Pontiac correctional center P.O. box 99 Pontiac IL 61764

**Defendant #18**
full name: E. Vlit (E. Vlit)
Current Job Title: Lieutenant (Lieutenant)
Current Work Address: Pontiac Correctional center, P.O. box 99 Pontiac IL 61764

**Defendant #19 (19)**
full name: C. Hansen (C. Hansen)
Current Job Title: Nurse Practitioner (Nurse Practitioner)
Current Work Address: Pontiac Correctional Center P.O. box 99 Pontiac IL 61764

**Defendant #20**
full name: MR. Evans (MR. Evans)
Current Job Title: Lieutenant Lieutenant
Current Work Address: Pontiac correctional center P.O. box 99 Pontiac IL 61764

**Defendant #21**
full name: M. Melvin (M. Melvin)
Current Job Title: Warden
Current Work Address: Pontiac correctional center P.O. box 99 Pontiac IL 61764

**Defendant #22**
full name: T. Kennedy (T. Kennedy)
Current Job Title: Assistant Warden
Current Work Address: Pontiac Correctional center P.O. box 99 Pontiac IL 61764

**Defendant #23**
full name: MR. Zimmerm (MR. Zimmerm)
Current Job Title: Lieutenant
Current Work Address: Pontiac Correctional center P.O. box 99 Pontiac IL 61764

Defendant #24
full name: P. Thorson
Current Job title: lieutenant
current Work Address: pontiac correctional center p.o. box 99 pontiac Il 67764

Defendant #25
full name: E. Rusich
Current Job title: Assistant Warden
Current Work Address: pontiac correctional center, p.o. box 99, pontiac Il 61764

Defendant #26
full name: Mr. Kochel
Current Job title: internal affairs and intelligence unit Officer
Current Work Address: pontiac correctional center, p.o. box 99, pontiac Il 61764

1. Name of Case, Court and Docket Number _Hoskins V. Dart et al. 1:09-CV-5145_
_U.S. District Court Northern District of Illinois Court_

2. Basic claim made _failure to protect_

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) ___the case settled out___

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☐   No ☑

If your answer is no, explain why not _the defendants in this case and other staffs at pontiac (I. Dr.o.c) told me that I wasn't allowed to utilize the grievance system at pontiac (I.Doc) to address staff conduct towards me_

C. Is the grievance process completed? Yes ☐   No ☑ _see response to question B and in support of my response to question B on 11/15/17 I brought my issues to counselor ms. Horton who duties it was to address inmates grievances please see her response in paragraph #7 inside the complaint she also stated that she wasn't gonna address no grievances due to staff conduct towards me. I also told her on the date of 11/28/17 when I saw her that I wrote a grievance due to the issues stated in this complaint and sent the grievance to her she stated on that date that she never received my grievance and that me putting grievances against staff would bring heat on me with staffs even more I asked her if she could have made mention of my concerns in her counseling reports and signed a affidavit verifying that I made concerns of whether she received my grievances so that I could have used those reports & documents in support when I replied my grievances and replied it (grievances) past the due date if I had to she stated it wasn't no need for that miscellaneous other reasons was given_

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _Pontiac Correctional Center_

4

1. NAME of case, court and Docket number: Hoskins v. Dart et al. 1:09-CV-5730 U.S. District court N.D. Ill

2. BASIC CLAIM MADE: Excessive force

3. Disposition: the case settled out

1. NAme of case, court and Docket number: Hoskins v. DAEt et al. 1:09-cv-5915 U.S. District court

2. BAsic clAim mAde: denial of medication

3. Disposition: the case settled out

1. Name of case, court and Docket number: Hoskins v. Dart et al.
1:10-CV-00676 U.S. District Court N.D. Ill

2. Basic claim made: dismissed

3. Disposition: dismissed

1. NAme of case, Court and Docket number: Hoskins v. DART et al.
1:10-CV-00677 U.S. District court N.D. Ill

2. Basic claim made: dismissed

3. Disposition: dismissed

1. NAME of CASE, court and Docket number: Hoskins v. DHL et al
1:10-CV-00702 U.S. District court N.D. Ill

2. BASIC Claim made: dismissed

3. Disposition: dismissed

1. Name of case, court and Docket number: Hoskins v. Dart et al. 1:10-CV-00703 U.S. District Court N.D. Ill

2. Basic claim made: dismissed

3. Disposition: dismissed

1. NAME of case, court and Docket number: Hoskins v. DART et al
1:10-cv-00704  U.S. District court N.D. Ill

2. BASIC CLAIM MAde: dismissed

3. Disposition: dismissed

1. nAme of case, court and Docket number: Hoskins v. DARt et al.
   1:10-CV-00705 U.S. District court N.D. Ill

2. BASIc claim mAde: dismissed

3. Disposition: dismissed

1. NAme Of cAse, Court and Docket number: Haskins v. Dazleta
1:10-CV-00706 U.S. District Court N.D. Ill

2. BAsiz ClAim made: dismissed

3. Disposition: dismissed

1. NAme of CAse, Court and Docket number: Hoskins v. DARt etal.
1:12-CV-4256 U.S. District Court N.D. Ill

2. BASic Claim MAde: dismissed

3. Disposition: dismissed

1. NAme of Case, court and Docket Number: Hoskins v. prentice et al. 1:15-CV-1134 U.S. District court C.D. Ill

2. BASIC Claim Made: Eighth & first Amendment violations

3. Disposition: Still pending

1. Name of case, Court and Docket number: Hoskins v PFister etal
1:15-cv-1181 U.S. District Court C.D.Ill

2. Basic claim made: Eighth&First Amendmont violations

3. Disposition: a Jury concluded the case in the favor
of plaintiff finding one Defendant guilty on the failure
to protect claim

1. Name of case, court and Docket number: Hoskins v. McCormick
1:15-CV-1182 U.S. District Court C.D. Ill

2. Basic claim made: Eighth Amendment violation

3. Disposition: dismissed

1. nAme of case, Court and Docket numbeR: Hoskins v. Atti get al.
1:15-CV-01202   U.S. District Court C.D. Ill

2. BASIC Claim mAde: Eighth & first Amendment violations

3. Disposition: still pending

1. NAme of Case, Court and Docket number: Hoskins v. Prentice
et al. 1:15-cv-01248 U.S. Dist Court C.D. Ill

2. BASIC Claim MAde: Eighth & First Amendment Violations

3. Disposition:

1. NAme of case, Court and Docket number: Hoskins v Hilden et al.
1:15-CV-01249 U.S. Dist-Court C.D. Ill

2. BASIc ClAim mAde: Eighth&First Amendment violations

3. Dispesition: dismissed / terminated

1. nAme of ctse, Court and Docket number: Hoskins v. Dildax et al.
   1:16-cv-00334  U.S. Dist court S.D. Ill

2. BASIC CLAIM mAde: Eighth, fiest Amendment violations etc

3. Disposition: still pending

1. NAme of CAse, Court and Docket number: Haskins v. Dilday et al. 1:16-cv-00335 U.S. Dist Court S.D.Ill

2. BAsic claim mAde: Eighth & first Amendment violations etc

3. Disposition: please see case Haskins v. Dilday et al. 1:16-cv-00334 S.D. Ill

1. Name of case, court and Docket number: Hoskins v. spiller etal
1:16-CV-01232  U.S. Dist court S.D. Ill

2. Basic Claim made: Eight, first Amendment violations etc

3. Disposition: All pending

1. NAme of cAse, Court and Docket number: Hoskins
   V. Spiller et al. 1:16-CV-01409 pluse see case Hoskins v. spiller et al.
   1:16-CV-01232 U.S. Dist court S.D. Ill

2. BAsic claim mAde: pluse see case Hoskins v. spiller et al.
   1:16-CV-01232 U.S. Dist court S.D. Ill

3. Disposition: pluse see case Hoskins v. spiller et al. 1:16-CV-01232
   U.S. District court S.D. Ill

1. Name of case, court and Docket number: Hoskins v. spiller etal.
   3:17-cv-01121

2. Basic claim made: Retaliation and other claims

3. Disposition: the case still pending

1. name of case, court and Docket number: Hoskins v. Eovaldi et al.
   3:17-cv-01122

2. Basic claim made:

3. Disposition: the case still pending

1, Hoskins v. Unknown Party    1:18 - cv- 00221
                               3:18-cv-00005

2, BASIC Claim made:

3, Disposition: the case still pending

Date(s) of the occurrence **November 8th 2017 – December 19th 2017**

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

(1) On 11-8-17 during the morning in the north cell house (NCH) C/O T. Wilson was assigned to Eight gallery where I was housed at while sergeant Traci Nodine stood on six gallery looking up at my cell talking to me she overheard a unknown individual housed next door to me threaten to spray me with feces and other body fluids when I came out of my cell walking past his cell again. Sergeant Traci Nodine told the individual you not gonna have the chance to because now since I heard the threat im gonna have officers Wilson & Hernandez who is assigned to Six & Eight galleries to search your cell to makesure you had no cups, milk cartons or shit else you could have used to throw feces urine and other shit and you lucky im not gonna write you a ticket for threatening inmate Hoskins im gonna have officers Wilson & Hernandez to move you for the safety of inmate Hoskins. (2) On 11-9-17 during the morning in the north cell house (NCH) C/O T. Wilson was assigned to my housing gallery (8) he came stood infront of my cell and cell 821 and stated to me that I had to be removed out of my cell to be taken to the East complex building he told the other individual who was housed next door to me that if he still had any attentions on throwing anything on me to had got ready to do it because him and two other staffs was about to come remove me out of my cell and that he didnt have to worry about being written a ticket for assaulting me because no staffs liked me. Officers Wilson, Schultz and Williamson (older male white) all reported to my cell. Officer T. Wilson stated that sergeant Traci Nodine had told him yesterday and had told officer Hernandez to had moved my neighbor away from my cell location and to search his cell to secure any body fluids and throwing objects he stated that he didnt move my neighbor and

it should be noted that during the interactions that I [5] had with Defendants Prentice, Olson, Pierce, Forbes, Evans, thorson, Zimmerman, Kennedy, Melvin, Rutkin, Vilt and Kochel each of them stated they knew my attacks stated was gonna occur because they recieved my kites that I sent to them and they didnt move my neighbor who assulted me with feces and other body fluids away from me just so I could have got attacked by my neighbor due to grievances that I was filed against officers Ben Attig, Prentice, Zimmerman, Melvin, kennedy, Rutkin, the interim affairs and intel units years prior by me including my written complaints to the Administrative Reviewboard from them years prior as well

It should be noted in support of lieutenant thorson conduct as stated below in paragraph #9 that he (thorson) came past my cell (N820) during the makeing in the morn count house, and stated Lott you see we had Officer Ic miller to take your blister pack of Jhuprofen (800mg (PAIN killer) yesterday you're gonna be in pain lieutenant Zimmerman stated he saw the pack of motrins in your hand yesterday (see paragraph #9) we have then in our office that we share with major prentice as she stated she told you yesterday that your motrins was taken from you.

told Officer MR. Hernandez not to do it either just so I could have got hit with the body fluids and that he had spoken with Officer MR. pierce prior to the shift and Officer MR. pierce had told him that sergeant (tract) Nodine told him yesterday that my neighbor had threaten to throw feces on me and she had told Wilson & Hernandez to move my neighbor for my safety that Officer MR. pierce told him not to. I told officers Schultz and williamson that my neighbor had threaten to throw feces on me when I had came past his cell and I was requesting that if they could have escorted me off the gallery from taken the front gate route Officer williams stated we could do that but we are not I want to see you get assaulted since I heard you allegedly threaten to kill that lieutenant scott at stateville Officer D. Schultz stated Hoskins you know I dont like you at all due to my major Ms. prentice and other staffs tellin me you used to write grievances and other complaints on them years ago so im givin you a direct order to come out of your cell and walk past 821 you better just suck it up after he throw the feces and other shit on you. Officer T. wilson stated that mental health professional (mHP) ms. molinero and other staffs from mental health had been tellin him (wilson) major ms. prentice and others for the longest that I had been complaining to them (mental health staffs) orally and in writing since I been housed back at pontiac about my inhumane living conditions caused by their (staffs) conduct and he didnt like that because my complaints had brought negative attention on him as a northcell house officer and thats why he was gonna allow my neighbor to throw feces on me and was doing it at his descretion and not due to officer MR. pierce request. nurse saBrina stood infront of the cell 821 as she saw me getting ready to be removed out of the cell (my cell 820) he (wilson) told her not to serve me my 500 milligrams of Depakote and 20 milligrams of prozac psychotropic medications she stated okay I in note he refused his meds (medications) I yelled to nurse saBrina tellin her that officer wilson was lying she stated she was gonna believe the officer before believing a inmate he stated I would smack you for that but we is about to let your neighbor slap you with shit (feces) and piss (urine) watch this and

6

Footnotes - it should be noted in support of my complaint that on 11/30/17 during the 7tog shift at the pontiac (J.D.w.c) sergeant (tract) Nodine was assigned to the eastcell house, duely the interaction I had with her she stated she had told officers Olson, pierce, major prentice and other staffs that my attack stated in this complaint was gonna occur. She stated she had told officers made aware that I was hit with feces more than once and also knew from conversations she held with c/o Vinson that he struck me twice with his fore head she stated More on 11/27/17 7tos shift in the Admin Building Assistant warden Kennedy walked past the Attorney visiting room window while my attorney wasnt present and stated you still aint getting admin. at [...] yelled up to your cell almost two weeks ago when [...]

You want be going to health care to get medical treatment officer Schultz said sure isn't officer williamson (male white kind of bald who was the escort officer as wel) had stated we aint dum enough to send you to the health care unit after we allowed something to happen to you as officers T. Wilson, D. Schultz and williamson walked (escorted) me past cell 821 the unknown name individual sprayed me all on the left side of face head ears and in my face with a liquid substanced mixed with feces, urine as it smelled and burned my face as I got down to the holding cage area walking past major ms. prentice I reported the incident and staffs conduct to her she stated oh you must dont know I know what my staffs gonna do and allow before its done myself (prentice) officer pierce from intel sergeant traci nodine talked about this incident today and yesterday we knew you was gonna get hit with feces today thats why me and officer mr. pierce told officer T. wilson today not to move your neighbor just so you could have got hit with feces and shit today and you want be getting medical treatment this what you get in return for writing all of those grievances and letters about me to the administrative review board years ago. officer D. schultz and officer williamson had escorted me to the east complex building as I was entering the east complex building officer J. olson was walking down the stairs past me (Hoskins) officers schultz & williamson I reported the staffs (wilson, schultz & williamson) conduct to him he stated good you want be getting no medical treatment while sitting on the bench outside the internal affairs & intelligence units officer J. olson saw me again he stated that he cant tell medical staffs not to provide me with medical treatment & necessities so he had went through his buddies registered nurses jade & traci and told them to makesure that I didnt get seen and treated by medical staffs and that him officer pierce and major prentice knew that I was gonna get attacked with feces today due to conversations they all had with sergeant traci nodine on that day and on the day prior and him (olson) officer mr. pierce and major mr. prentice had told officer T. wilson not to had moved me nor my neighbor (attacker) away from eachother nor did shit else that would have prevented me from being hit with feces. officer olson stated that since documents in my legal boxes was reviewed and other documents that he had reviewed had confirmed that I had a lawsuit aginsts him and his partner officer J. attig that was his reasons of why he didnt prevent my attack from happening like he was suppose to nor was he gonna escort me to the health care unit to get medical treatment like he was suppose to which they all will deny if I filed another lawsuit aginsts them that he would state his job description barred him from assisting me in its entirety. officer mr. pierce observed me sitting on the bench he stated that officers mr. schultz, T. wilson and major ms. prentice had told him that my neighbor who was in a cell (821) nextdoor to me had got me in the face with feces & urine on that day that he knew on that day of my attack and prior to that day that my attack was gonna happen from him (officer pierce) having conversations with officer T. wilson and sergeant traci nodine on the date of my attack and on a day prior and had told officer T. wilson the day of my attack and on a day prior not to separate my neighbor away from me by moving him (the individual that was in a cell next to me) with the assistance of major s. prentice on both dates just so I could have been splashed with feces & urine he stated that he could have prevented that from happening

-7-

When he had received the information I had a attack was gonna occur and could have taken me to get secured by medical staffs but didnt due to documentations he reviewed in my confidential legal boxes that stated I had filed lawsuits and grievances against his father who was known as a Warden Guy D. pierce, for allegely threatened to kill a lieutenant scott at the stateville correctional center, grievances that I had wrote against officer Attig who he worked with grievances that officer Attig had told him about that I had written against him years ago, that he was gonna contact northcellhouse(NCH) major s. prentice and told her to makesure that officers vinson & miller was the ones who picked me up from the east complex building and escorted me was gonna tell officer J. vinson to break my face when he placed me in my cell. he had further stated that his buddie Registered nurse(RN) tracik jellesvik told him that she had came to my cell a day prior and knew that she told me that I would have never received medical treatment while being housed at pontiac (I.D.O.C) he stated if I had any intentions on filing lawsuits against them for the incident that they could have prevented he(officer mr.pierce) stated that I would have had proof to have proof that I was hit (splished) squished with feces and that would been receiving medical treatment and proof that the offender who assaulted me received a ticket which he told officer T.wilson not to write the individual nor any other report reporting the incident and for him (wilson) not to had provided me with medical treatment so it wouldnt been no proof of a incident. officer J. vinson and officer k. miller came to the east complex building lieutenant mr forbes who was in regular clothes had to officers J. vinson & K. miller did officer pierce talk to you makesure youn kick his (Hoskins) ass he is not to get any medical treatment he stated Hoskins I knew you got hit with feces & urine today we all knew that was gonna happen early before it did You getting what you deserve no protection from us since my officer Attig told me you wrote grievances against him years ago and you want never get our assistance since you allegely assaulted a officer in the past and threaten to kill that lieutenant scott at stakville. as officer J. vinson placed the handcuffs on both of my wrists tight twisted the handcuffs tearing (cutting) my wrists that bleeded showing the whiteskin on my wrists that was coming out stating yeah bitch dont be surprise im about to get you because officer pierce told you it's about to happen and you heard what lieutenant forbes just told us to do to you he continued shoving and putting pressure while twisting the handcuffs stating yeah im about to hit you with something harder than my fists just watch. while being in the northcellhouse(NCH) holding cage outside of major s. prentice office while her door (office door) was opened I saw her through the crack of the door as she sat at her desk she yelled to officer vinson as I looked her in her face and stated officer vinson officer pierce just called me (major prentice) and told me to makesure you (vinson) bust Hoskins face open please do that and do that for me since he filed lawsuits on me. while standing at my cell (N820) with officers vinson & K. miller the unknown name individual told me that he was gonna spray me again officer vinson told him to had went ahead just makesure that the feces didnt get on him (vinson) officer K. miller stated as he walked towards officers A. pina and J. wilson who was at the front of 8 gallery by cells 801-803 yeah squirt him good dude we aint gonna write you know ticket he filed a lawsuit on me(miller) im not gonna protect him go ahead and get him officer vinson stated get him good to then yelled pina (officer pina

-8-

and Wilson (Officer T. Wilson) HES about to Spray Hoskins again Officer Wilson stated good officer MR. pina stated go ahead and let him he suing me I dont care about his safety he want get medical treatment either Officer T. Wilson stated make sure you (Vinson) give him Some punches to the face when you get him in that cell, the unknown name individual who was in N820 sprayed me all in the front and right side of head face neck and ear officer Vinson shoved me in the cell told me to kneel down he stated look at me while he was on his knees stating look at me once I turned my face left he (Vinson) head butted me twice with his four head in my upper left face and jaw area that knocked me flat on the floor I couldnt open my mouth due to pains that I had sustained in my jaw and head the feces and other body fluids that was squirted in my face on both occasions on this date caused my face to burn itch, redness facial swellings existed skin looked burnt in my neck and face where I was squirted at skin was pilling looked dead felt dead. during the 3toll shift in the north cellhouse (NCH) later during that shift I couldnt eat my food due to my attacks in its entirety. L.m.t (correctional medical technician) Rebecca Buczkowski came to my face saw the conditions of my face I reported all my attacks to her She stated due to the nature & condition of my face She was having me seen by a Doctor as soon as possible during that (the) following day due to how my face looked. (3.) On 11-10-17 during the morning in the northcellhouse (NCH) officer T Wilson was assigned to Eight gallery officer A. pina counted on Eight gallery and assisted him (T Wilson) officer T. Wilson stated you have to go to health care I see you had someone from the health care unit in your best interest we dont give a fuck though anything thats prescribed by any Doctor we will know about it with the assistance of registered nurses (RN's) Jade Culkin & traci k Jellesvik and we taken anything thats prescribed for you while being in the health care unit (H.C.U.) holding cage area registered nurses (RN') Jade Culkin and traci k Jellesvik observed me in the cage registered nurse traci k Jellesvik stated that officer MR. pierce made aware of my attacks stated above in paragraph#2 She stated She knew for a fact medical Director A. Hiden wasnt gonna be in my favor and She would have reviewed the medical records when She came back to see what treatment he provided that he would have left up to her (K Jellesvik) and registered nurse (RN) Jade Culkin to decide whether I deserved what he prescribed She stated anything he ordered I would not have received the medical necessities registered nurse (RN) Jade Culkin stated the something and stated that if I was prescribed in pain medications it would have been noted by her (Culkin) and RNMs. K Jellesvik not to had provided me with no medications or shit since I had grieved her years ago and also stated that officers Vinson, miller, Wilson, Schultz, Williamson, prentice, pina and officer pierce told her everything that they did to me and allowed yesterday (referring to whats stated in paragraph#2 while being seen by medical Director A. Hiden he stated all the clothing coat & jumpsuit I had on made it look like I weighed 160 pounds knew my pulse vitals and heart was in good condition without checking it he saw the health issues in my face swelling redness discolored skin cuts that had blood coming out with Dried blood around the cut I told him that my face hurted burned itched

and stinged from getting hit in my face with body fluids (feces etc.) I told him that the body fluids and the mixed liquid substances got in between my eyes and in between my teeth and in my mouth in it's entirety told her that my eyes and mouth was burning wrist and the cuts as well he cut me off and stated that he wasn't gonna be doing all the testing to see what symptoms that I had and really didn't want to provide me with no health care treatment due to him reviewing a document that stated I was suing him, due to grievances and written complaints that I had directed to the Administrative review board about him and his medical staffs years ago and he wasn't satisfied with that he stated he was tired of seeing me was gonna put me in to have a X-ray on my face and was gonna prescribe me I buprofens (motrins) pain relief) for fourteen days and was gonna leave it at Registered nurses (RN) Jade Drilling culkin & Traci K Jellesvik descretion of even whether or not if I deserved the motrins I told him he had more authority of her as being the medical Director (m.D.) her Supervisor at that and not only that they had no choice but to issue me what he had prescribed he stated don't tell me what the fuck to do Infact im not cleaning your bloodie as scratches on your wrists nor is me (Hilden) nor anyother staffs today is gonna take blood testing to see how bad your health is due to you being hit in the face mouth and eyes with the feces and shit (other liquid substance) because due to how you descelbed how you being affected and due to me being a medical professional Director Doctor with medical/health experience I know how your health could be affected im gonna make you think about what you've said to me while dealing with your wrists, facial eyes and oral issues from getting hit with feces im gonna make you go without treatment to give you something to think about. a female white nurse who name I believe was ms. Anderson blond hair attempted to give me my psychotropic medications Depakote & Prozac (500 milligrams of Depakote & 20 milligrams of Prozac) while being in the urgent care Room A Hilden (medical Director) had told her (nurse Andersen) fuck him dont serve him shit put that he refused his psychotropic medications (Depakote & Prozac) She stated okay boss. male white short height officer k. miller escorted me back to the north cell house, while being in the holding cage area lieutenant mr. sorensen stated I heard from my officers yesterday that you was squirted with feces twice yesterday and head butted by my officer vinson I see the swelling and redness in your face. While officer k. miller was walking me to my cell (820) the unknown inmate who was in 821 said officer miller watch out im about to squirt his ass with this shit piss (feces) (urine) and sperm (semon) that I'm about to throw on that guy you walking to his cell I attempted to stop officer k. miller stated keep walking fucker dont get scared now officer k. miller stated to my attacker get him all in his face like you got him the last two times we aint gonna write no reports on you the unknown individual squirted me all on the right side of my head face ear and neck with the contaminated liquid substance officer k. miller stated HA HA thats what I allow when inmates put me in their lawsuits (4.) On 11-11-17 during the morning in the north cellhouse (NCH) shortly after 1:00pm male white lieutenant B. Henderson and officer mr. k. miller came to my cell (N820) lieutenant B. Henderson acknowledge knowing about my attacks that occured as stated in

-10-

he stated that on 11-8-17 & 11-9-17 sergeant traci Nadine told him and his mother MAJOR ms. prentice, officers olson & pierce that they had to move cell 821 away from my housing location (NB20) to prevent that inmate from throwing feces and other body fiulds on me as he (my attacker) stated he was he (lieutenant B. Henderson) stated whether he is on dutie or off dutie the minute he is made aware that a Inmate or staff member safety is at risk It is his dutie at all times to enforce safety and if he was not on dutie was suppose to had contacted the shift commander, internal affaires & intelligence unit putting those staffs on alert so they could get prepared and do everything that they needed and was suppose to do for the safety and security of the institutions staffs & inmates but due to me being accused of allegeily threaten to kill a lieutenant scott at stateville filled lawsuits againts his mother MAJOR ms. prentice, grievances as well he (Henderson) officers pierce & olson told officer T. wilson on 11-8-17 & 11-9-17 not to had seperated my attacker away from my housing location Just so he (my attacker) could have thrown feces and other body fiulds on me to affect my health that he knew without having medical experience how a Inmate health could be affected that he (Henderson) knew on the dates 11-8-17 & 11-9-17 that officer T. wilson was gonna be again assigned to my housing gallery on the date 11-9-17 he stated he also know that I was hit in the face again with feces on 11-10-17 as he had talked over with officer K. miller he (B. Henderson) had further stated that he knew that I was in need of medical treatment and directed all his northcellhouse (NCH) staffs not to had provided me with any medical treatment Just so that I could have caught (cought) a serious desease officer K. miller stated Hoskins You see I didnt write that Inmate a ticket for throwing that shit (feces) into your face nor sent you to the health care unit (HCU) this what you get when you file lawsuits againts me and other staffs my partners officer Attig & officer pierce been told me to mistreat you due to the grievances you wrote on officer Attig in the year 2014 and due to the written complaints you sent to the Administrative review board (A.R.B.) in the years 2014 & 2015 about them (Attig & pierce) (5.) On 11-12-17 during the morning in the northcell house (NCH) officer D. Jackson walked past my cell and stated that on 11-9-17 prior to their shift starting he was advised by officer T. wilson officers pierce & olson MAJOR ms. prentice and lieutenant B. Henderson that my neighbor was gonna throw feces on me when I came out of my cell officer D. Jackson stated that he knew I had a out of the house pass to the east complex building on that day and he could have done so by their safety protocol moved or had my neighbor moved off the gallery period so that he would have thrown feces on me, had his (my attacker) cell searched to secure what ever objects that he had that was filled with feces and other body fiuld liquid substance so he had nothing to throw on me and or could have made sure that I was escorted off the opposite side of the gallery to prevent me from having to walk past my neighbor (821 my attacker) cell getting sqiurted with feces but he didnt and wanted me to get sqiurted with feces since my mental health professional ms. molinero and other mental health staffs told all northcell house (NCH) that I had been constantly

while being housed at pontiac (I.D.O.C) in the north cellhouse constantly complaining to them orally and in writing about my cells living conditions being the cause of mental health staffs to look at them (officer D. Jackson & other north cellhouse staffs) to look bad and unprofessional and that was only one reason of why he didnt protect me and had told all north cellhouse staffs not to provide me with medical treatment once I was squirted with feces and he was made aware that I was attacked by officer J. vinson (see paragraph #2) attacked my my neighbor twice (see paragraph #2) and was aware of my third attack (see paragraph #3) knew that I needed medical treatment but wasnt gonna provide nor ask his co-workers to take me to the urgent care to get medical treatment since officer Attig & officer Bell told him I used to write grievances on them back in the year 2014. and he knew by him not allowing me to get medical treatment he knew how my health could have been affected. he also stated that he was getting me back for complaining to officer W. Rathes in June 2017 and officer W. Compton in August 2017 about my living conditions that those two officers told them that I had complained to them orally and submitted kites to their personal property for months telling them that the north cell house (NCH) staffs had been the cause of my inhumane conditions of confinement, health issues and denied me showers, hygiene items and other human necessities he stated that it's more other reasons to why he was mistreating me. officers J. Bell and J. Davis had later came on the gallery both officers acknowledge information about my attacks stating that officers olson pierce and sergeant traci nodine told them that my neighbor was gonna throw feces on me both officers stated that on the dates of my attacks they knew my attacks was gonna occur before they came to work before my attacks occured and didnt notify the facility (pontiac) shift commanders and other staffs to makesure my neighbor was moved away from my living area to prevent a attack nor moved my neighbor (attacker) themselves was due to counselors Demattia, Alvarado and moroney tellin them that I had been complaining about my inhumane living conditions for months and being denied showers, hygiene items and other human necessities but they never documented my complaints in their counseling summary reports when I made them aware of my inhumane conditions of confinement and other issues orally and in writing just so it wouldnt been used against North cellhouse staffs if I had filed a prisoner rights case against them. officer J. Bell had stated outloud as he walked down the gallery he could have had me moved away from my neighbor to prevent a attack by notifying the facility because he received the information prior to arriving to facility but didnt due to grievances that I had written against and wasnt getting me seen by medical staffs to get medical treatment. officer J. Davis stated the same exact thing officer J. Bell had stated acknowledged knowing that the attack was gonna occur before it did before he came to work didnt protect me nor was having me taken to the health care unit to get medical treatment since I had written grievances on his co-workers officers Attig and Bell years prior as they had told him, lieutenant E. Vilt came to my cell, lieutenant mr. Bantista walked past my cell before lieutenant vilt had arrived. I advised lieutenant Bantista

about my attacks stated in paragraphs# 2&3 and seeked his assistance to get me medical treatment he immediately stated he knew about my attacks and would have sent me to the health care unit because he knew I needed medical treatment. lieutenant E.Vilt stated he received a message while he was at home him being told that my neighbor was threatening to harm me with feces and that when he (lieutenant Vilt) came to work he needed to have my neighbor and me separated to prevent me from being assaulted with feces he stated that he used to work in the internal affairs & intelligence unit at pontiac and knew that if staffs received information about safety concerns of a inmate & staffs whether staffs on dutie or not the facilities shift commanders, investigation units, wardens and others are to be immedlately notified so that all arrangments could be made per the safety protocol to and to have the inmate and staffs protected but in my case he didnt notify anybody in the facility to put them on alert to protect me by Isolating my neighbor away from me to prevent me from being assaulted with feces Just so that I could have been assaulted he stated he told all north cell house staffs not to escort me to the health care unit (H.C.U) to get medical treatment and gave his conduct in its entirety alongwith making sure that the inmate who had attacked me didnt receive a disciplinary report all due to me filing a lawsuit against him (Vilt) and for allegedly threatening to kill a lieutenant scott at stateville and madesure no incident nor disciplinary reports was written Just so that they couldnt been used agtints staffs showing proof that my attacks occured lieutenant mr. E.Vilt had further stated he was told by forbes, olson & pierce from the internal affairs & intelligence unit of what they had told me days ago when I was in the east complex building lieutenant E.Vilt was referring to whats stated in paragraph# (6) on 11-14-17 during the morning while being in the health care unit (H.C.U.) holding cage Registered nurses Jade Drilling culkin, traci KJellesvik, nurse practitioner ms. C. Hansen, Dr. A Tilden (medical Director) and warden m. Melvin observed me in the holding cage area. Registered nurse Jade culkin stated to me that she wasnt provding me with no medical treatment that she knew that I needed due to me being hit in the face aurs with feces she didnt care how swollen my face was, burned stings and blistered up. that she had falsified the medical administration records stating that I had refused my psychotropic medications (Depakote & prozac) on that date but had received the Ibuprofens (motrins) on that date and knew that Dr. A Tilden had prescribed the Ibuprofens on that past friday (11-10-17) and madesure that my Ibuprofens was packed with my psychotropic medication days prior (with the assistance of Registered nurse traci KJellesvik (RN) that Dr. A Tilden had told them (culkin & KJellesvig) that it was left of to their descretion if whether or not if I received the Ibuprofens (motrins) and she told all nurses from that date (11-10-17) — 11-14-17 not to serve me the Ibuprofens and she didnt pack the Ibuprofens with my psychotropic medications to be delivered to me due to grievances that I had written on her and other medical staffs yures prior and due to other retaliatory reasons. Registered nurse (RN) traci KJellesvik stated that she had spoken with Dr. A Tilden on that date (11-14-17) and on that last friday (11-10-17) and he told her

-13-

that if her and registered nurse Jade DR. A Hilden & Wilch felt that I deserved the Ibuprofens (pain reliever) they could have served them to me. She (K Jellesvik) stated that she post noted on friday to all nurses that I was to not had received the Ibuprofens medesine that the moterns (Ibuprofens) wasnt packed with my psychotropic medications that would had been delivered to me knew them looking at the blisters swelling and rednesses in my face from being hit with feces that I needed medical treatment that I seeked knew that my face was burning and stinging but didnt care due to grievances that RN Jade told her that I wrote aginsts her years prior and for other Retaliatory reasons She acknowledge knowing about all of my attacks thats stated in paragraphs#2&3 stating she was told by north cell house staffs. I identified Registered nurses (RN's) Ms. Wilch & KJellesvik to Dr. A Hilden, nurse practitioner C. Hansen and warden melvin Dr. A Hilden stated he didnt care that he was leaving if up to them (Wilch & KJellesvik) If they felt that I deserved what he had prescribed (Ibuprofens) that he wasnt and didnt provide me with the treatment that he was suppose to had provided me with on friday (11-10-17) seeing how bad the feces that was thrown in my face had affected my health and what the ~~treatment~~ symptoms was to secure them since I had threaten to grieve him and due to compliants I sent to the Administrative Review board years prior about him and his healthcare unit (H.C.U) staffs conduct nurse practitioner ms. C. Hansen stated the same thing that Dr. A Hilden stated stated her reasons of not providing me with medical treatment was due to me threatening to grieve healthcare unit staffs over the summer acknowledged knowing about my attacks stated she knew how bad I could have been affected from my attacks didnt care, could have provided treatment and confronted RN's Jade & Traci due to their conduct that wasnt allowed but wasnt and She told all medical staffs to had screwed me on medical treatment to not have gave me shit (NO medical treatment) while being housed at pontiac since I had made threats of grieving health care unit staffs she stated as she had discussed with Dr. A Hilden RN's Jade & Traci If I was to grieve or sue them my grievances and compliants would have been denied because there is some 11-10-17 documents stating that I made compliants and ~~treatment~~ was given which the documents could just had stated that. as a front warden melvin stated he could have made the healthcare unit staffs provide me with medical treatment that he saw I needed on my face because he was the warden but wasnt due to me allegey threatened to kill a lieutenant scott at stateville, due to written compliants that I sent to the Administrative review board (A.R.B.) about him, teri kennedy, kelly Davidson and others years prior and due to other retaliatory reasons he stated that anything that the physicians & medical staff period had prescribed him (melvin) medical & security staffs couldnt interfere with what was prescribed for me. he had further stated that him (melvin) assistant wardens kennedy & ruskin knew that Officer J. wilsen was gonna give the conduct he give on 11-9-17 (See paragraph #2) before it happend on that

-14-

date when officers Olson, Pierce and Others had a talk on he stated he could have had me separated from my neighbor on the date of 11-9-17 the date he was made aware that my attacks was gonna occur but he didnt Just to give me something to had thought about after I was hit In my face with feces he stated that he knew that I was hit twice In the face with feces on the date of 11-9-17 but didnt care about a Inmate who made him look bad in complaints that I sent to the Administrative review board about him and Other staffs years prior and if I wasnt a Inmate who put complaints aginst them they would have either moved me away from my neighbor or moved my neighbor to had prevented me from being hit multiple times In the face with feces or told any gallery and cell house staffs to do so. Lieutenant MR. Ewing had stated to me that he had spoken to sergeant traci Nodine on the dates 11-8-17 and 11-9-17 and she told him that my next-door neighbor had threaten to throw feces on me when I came out of the cell he (Lieutenant Evans) stated that one of his duties as a lieutenant was to enforce safety for Inmates as well as staffs he stated that he knew that officer T. wilson was gonna be assigned to eight gallery where I was housed at on 11-9-17 prior to that shift knew that prior to the 7to3 shift starting he stated no matter If he wasnt assigned to the cell house on that date and was not In the Institution as well. as he was told that Other staffs told him that they had told me no staffs have to be present in the facility to protect me he (Evans) stated he still had the dutie to protect me but didnt had told officer T. wilson not to move my neighbor and let me get assaulted with the feces since I had allegely threaten to kill a lieutenant at stateville. allegely assaulted a officer years prior and give other Retalitiary reasons he stated that he made sure that my attacker wasnt written a Disciplinary report for assaulting me which he give alot of Reasons. (7) On 11-15-17 during the morning In the north cell house counselor Jamie Horton toured the gallery that I was housed on assistant warden T. Kennedy toured six (6) gallery stood at cell 620 that was underneath my cell (820) I identified my facial swellings blisters and Redness to counselor Horton told her about all of my attacks thats stated In paragraph #283 told her that medical staffs had been refusing to provide me with medical treatment adequate treatment and Medical necessities she (Horton) stated no security nor medical staffs period was allowed to do that and that she was gonna have me taken to the health Care unit (H.C.U) I asked her to Report orally and in writing the staffs conduct with Disciplinary sanctions Recommendations she stated she wasnt gonna put non of that (my staff conduct) complaints in her counseling summary Reports but would have got me escorted to the health Care unit to get medical treatment. I yelled to assistant warden Ms.(er) Kennedy as I heard her voice she Immediately stated you have nothing coming Hoskins stop calling me I hate your fucking guts thats why when I was told last thursday (11-9-17) that the Inmate next-door to you was gonna throw feces on you me (Kennedy) and Other staffs told officer T. wilson (tall height) not to Move you away from that Other Inmate cell Just so whenever I had come out of my cell having to walk past that Other Inmate cell I could have had feces thrown on me she stated that she was not allowing me to receive medical treatment and that warden meink told her that he saw me In the health Care unit a day prior and told me the same thing and more (see paragraph # 6 ) she stated her conduct towards me was due to grievances and letters that

-15-

I had sent to the Administrative review board (A.R.B.) about her (Kennedy) conduct Kelly Davidson, Randy Pfister, Guy D. Pierce, Officer Attig and other staffs conduct years ago and she hoped that her officer Vinson had broken my jaw when he had head butted me (see paragraph #2) and was gonna make me deal with the pains and other medical health issues that I had sustained as a result of my attacks (see paragraphs #2 and 3) and her way of restricting me from receiving medical treatment with the assistance of her staffs would done (did) that (8.) On 11-19-17 during the 3-toll shift in the north cell house, while being in the legal review area across from six gallery officer Ms. Krug came into the legal review area I told her that my face and both sides of my jaw hurted. that when officer J. Vinson head butted me twice on the left side of my face the right lower side of my face/ jaw hit the sharp metal edge of my bunk twice I told her and showed her the swelling in my gums told her that my gums hurted She (officer Ms. Krug) stated that her sources had told her what officer J. Vinson had done (did) to me (see paragraph #2) told her as well of what officers T. Wilson, D. Schutz, Williamson, K. Miller, and them had allowed my neighbor to throw in my face (see paragraphs # 2 and 3) saw the redness, swellings and blisters in my face and she was gonna notify health care unit medical staffs then get the clearance to escort me to the urgent care unit to receive medical care on my face because she saw how bad that I needed medical care I asked officer Ms. Krug could she had reported what she had told me to the investigation unit in Springfield Illinois. officer Ms. Krug stated she didn't want to snitch on her co-workers and she would had to lie and state she didn't recall receiving that information but saw my medical health issues in my face and knew that those staffs caused my medical health issues in my face and it was her job to get me medical treatment from their facility (Pontiac I.D.o.c.) urgent care unit medical staffs. (9.) On 11-20-17 during the 3-toll shift in the north cell house (NCH) officer Ms. Krug came to my cell (N820) stated to me that she didn't forget about getting me to the urgent care unit to get medical care/ treatment on my face. (10.) On 11-21-17 during the morning in the north cell house (NCH) Major Ms. Prentice came on six (6) gallery yelled to me stating that she have (had) my 21 count blister pack of Ibuprofens (600mg (milligrams) pain relief in her office that her officer K. Miller had taken from me (see what set forth through this paragraph) and their plan was to make me be in pain. Registered nurse (RN) travel K. Jellesvik came to my cell days after On 11-23-17. prior to Major Ms. Prentice coming to my cell on this day (11-21-17) on that day lieutenant Mr. Evans came past my cell (N820) stated that him (Evans) Major Prentice, lieutenants thorson, and Zimmern each knew that I was enroute to the health care unit, knew that it was a possibility that I would had been prescribed some medical necessities as they all had discussed and if I did receive any they would have been confiscated as they told officer K. Miller who would had been escorting me back from the health care unit. When I went down to the holding cage and been escorting me back from the health care unit. When I went down to the holding cage and front door area in the north cell house (NCH) Major S. Prentice and lieutenant thorson had stated the something, lieutenant thorson had stated that he was aware of all of my attacks right after

it should be noted that I had interactions with nurse practitioner Hansen on the dates 12/1/17, 12/7/17, 6/13/17, and on other occasions during the morning she found me on these occasions while being outside the east cell house for me to had stop sending them sick call slips that didn't care about my facial pains from being head butted by officer Vinson, that they wasn't givin me shit to relieve my pain issues, since I had threaten to relieve them over the summer for denial of medical and adequate treatment

they had occured (see paragraphs #2 and 3) as he had discussed with officers T. Wilson, K. miller, Schultz, Williamson, Rhia and Vinson right after my attacks and had told them each to not had allowed me to get medical treatment after my attacks so that I wouldn't had evidence of injuries that I could have used against them. he stated his conduct towards me was due to a lawsuit that I had filed against him and for other retaliatory reasons and grievances against officers Bell and Attig Xerox prior was a reason as well. While being in the health care unit Dr. A. Hilden (medical Director) stated to me that he wasn't gonna take the time to see what the symptoms was in my face but was gonna issue me a 21 count (tablets) of Z-buprofens (600 milligrams) (pain relief) blister pack in hand that was to last me two weeks to take 1 tablet twice a day. as I walked past lieutenant mr. Zimmerm in the north cell house with officer K. miller who was the escort officer escorting me from the health care unit back to the north cell house, he (lieutenant Zimmerm) told officer K. miller to take my blister pack of Ibuprofens (600mg) (pain relief) since I had grieved him (Zimmerm) years ago. officer K. miller took my blister pack of Ibuprofens (pain relief) as major mr. Prentice made mention of as stated in the begining of this paragraph #10 (11). On 11-23-17 during the morning in the north cell house Registered nurse (RN) Traci K. Jellesvik came to my cell stated to me that her and Registered nurse (RN) Jade Cvikin made sure that the nurses wasn't serving me the motrins when the motrins was prescribed as RN Cvikin had stated on 11/21/17 in the health care unit when she saw me (Hoskins) (12). On 11-9-17 during the morning while being in the east complex building sitting on the bench officer Kochel told me that since officer Attig told him that I used to file grievances on him (Attig) years prior him (Kochel) and officer mr. Pierce was telling officer Vinson (Kochel) stated he was aware that I was hit with body fluids on that day (see paragraph #2) knew that it was gonna happen before it happend and told officer Wilson to keep me housed next door to the inmate who was gonna assault me with the feces so that it could have happend and to not had provided me with medical treatment since I grieved his boy officer Attig Xerox prior, knew that I needed medical treatment but wasn't gonna allow me to get medical treatment if I wasn't willing to tell them what I knew about a officer W. Raines who was allegely having sexual intercourse with a inmate property worker. (13). On 12-19-17 during the morning in the east cell house I had interactions with officer mr. Kochel who was muscular with tattoos on his arms, wardens Ruskin and Kennedy during the warden tour officer Kochel stated you see we had officer Vinson to attack you in your cell last month (see paragraph #2) and we madesure your blister packs of Ibuprofens (pain relief) was confiscated (see paragraph #10) and he told major Prentice and officer K. miller not to give them (motrins) back to me just so that I could have delt with pains after major Prentice, lieutenant mr. Zimmerm had told him they took my blister packs of Ibuprofens (600mg) (pain relief) he stated he was also aware that I was hit with feces on 11-9-17 (see paragraph #2) and hit again on 11-10-17 (see paragraph #3) and madesure that I didn't get treated and treated fairly at the health care unit as he discussed with Dr. A. Hilden RN Cvikin, K. Jellesvik and nurse practitioner Hansen. Assistant wardens Kennedy and Ruskin stated that they knew my attacks (see paragraphs #2 & 3) was gonna happend before they occured as they had discussed with officers Olson, Pierce and sergeant T. Nadine madesure that I was seperated them my neighbor just so I could have been sanctioned with feces when I walked past my neighbors cell all due to grievances I wrote on Kennedy when she was a counselor, grievances counselor Simmons said I put on her years prior and due to the written complaints that I had sent to the governors, I.D.O.C. Director and A.R.B about their conduct towards me in the years 2014 & 2015.

## RELIEF REQUESTED

(State what relief you want from the court.)

I wish to be rewarded monetary compensation In the amount of $28,000. In compensatory damages and $18,000. In punitive damages from each defendant each damages would cover for my medical conditions stated In the complaint and for my ongoing mental health sufferings In having daily Im requesting that each defendant be held liable In their Individual and official capacities and be ordered to pay all court cost and attorney fees In this case.

JURY DEMAND        Yes ☑       No ☐

Signed this ____19th____ day of ____January____ , 20__18__ .

_Jeshua_
( Signature of Plaintiff)

| Name of Plaintiff: JOSHUA HOSKINS | Inmate Identification Number: R54570 |
|---|---|
| Address: PONTIAC CORRECTIONAL Center P.O. box 99 PONTIAC IL 61764 | Telephone Number: N/A |

8