# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Joshua Lee Hoskins, )
)
)
Plaintiff, 

vs. ) Case Number: 18-1026
)
T Wilson, D Schultz, . Williamson, )
Susan Prentice, Jeremy Olson, G Pierce, . )
Forbes, J Vinson, K Miller, A Pina, J )
Culkin, T Jellesink, Dr A Tilden, B )
Henderson, D Jackson, J Bell, J Davis, E )
Vilt, C Hansen, . Evans, M Melvin, T )
Kennedy, M D . Zimmerman, P Thorson, )
E Ruskin, and . Kochel )
Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to Order entered 2/26/2018, this case is dismissed with prejudice.

**Dated:** 2/27/2018

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court